UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN LEBLANC,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 26-cv-12545<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S SECOND MOTION TO STRIKE (ECF NO. 19)**

Plaintiff Ryan LeBlanc, proceeding pro se, sues Defendant JPMorgan Chase Bank, N.A., alleging that JPMorgan refused to cash a tax refund check and later closed LeBlanc's account and suspended funds. ECF No. 1. The Honorable Terrence G. Berg referred this matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10.

LeBlanc filed a second motion to strike JPMorgan's answer that is duplicative of his first motion to strike. ECF No. 16; ECF No. 19. The Court denied LeBlanc's first motion to strike and **DENIES** his second motion for the same reasons explained in that order. ECF No. 18.

The Court **WARNS** LeBlanc that he may face sanctions if he continues to make improper or duplicative filings. "Every paper filed with the Clerk of this court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *Moore v. Hillman*, No. 4:06-CV-43, 2006 WL 1313880, at *4 (W.D. Mich. May 12, 2006). LeBlanc's pro se status does not give him license "to clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets." *Bradley v. Wallrad*, No. 1:06 cv 246, 2006 WL 1133220, at *1 n.2 (S.D. Ohio Apr. 27, 2006) (cleaned up).

If LeBlanc continues to do so, the sanctions that he may face include "(1) involuntary dismissal with prejudice; (2) revoking the plaintiff's IFP status; and (3) enjoining the plaintiff from filing lawsuits in this district without leave of court." *Hardy v. Whitaker*, 351 F.R.D. 84, 100 (E.D. Mich. 2026). The Court may also revoke LeBlanc's electronic filing and electronic document upload privileges. *See Evans v. Robertson*, No. 24-13435, 2025 WL 3243458, at *3-4 (E.D. Mich. Nov. 20, 2025).

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 22, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager